ROBERTA S. DUNLAP, TRUSTEE
122 N. ST. JOSEPH AVENUE
EVANSVILLE, IN  47712
(812) 402-9970
      Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**WESTERN DISTRICT OF KENTUCKY DIVISION**

| | |
|---|---|
| In re: SUNSHINE FARMS, LLC | § Case No. 11-40135-ACS-THF |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     ROBERTA S. DUNLAP, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $382,000.00　　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $399,625.99　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $0.00

Total Expenses of Administration: $63,226.14

---

     3) Total gross receipts of $ 539,401.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 76,548.87 (see **Exhibit 2**), yielded net receipts of $462,852.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $326,842.67 | $241,524.17 | $241,524.17 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 62,340.16 | 63,226.14 | 63,226.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 165,220.07 | 158,101.82 | 158,101.82 |
| **TOTAL DISBURSEMENTS** | $0.00 | $554,402.90 | $462,852.13 | $462,852.13 |

   4) This case was originally filed under Chapter 12 on February 03, 2011 and it was converted to Chapter 7 on April 24, 2015. The case was pending for 27 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2017                By: /s/ROBERTA S. DUNLAP, TRUSTEE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 120 ACRES, WHITESVILLE | 1110-000 | 539,401.00 |
| **TOTAL GROSS RECEIPTS** | | **$539,401.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOYCE MUFFETT | Dividend paid 100.00% on $38,274.44; Claim# SURPLUS; Filed: $76,548.87; Reference: | 8200-002 | 38,274.44 |
| ORVILLE G. MUFFETT, JR. | Dividend paid 100.00% on $38,274.43; Claim# SURPLUS; Filed: $0.00; Reference: | 8200-002 | 38,274.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$76,548.87** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AGCO Finance LLC | 4210-000 | N/A | 72,162.67 | 0.00 | 0.00 |
| 2 | South Central Bank of Daviess County, Inc. | 4110-000 | N/A | 254,680.00 | 241,524.17 | 241,524.17 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$326,842.67** | **$241,524.17** | **$241,524.17** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERTA S. DUNLAP, TRUSTEE | 2100-000 | N/A | 26,392.61 | 26,392.61 | 26,392.61 |
| Trustee Expenses - ROBERTA S. DUNLAP, TRUSTEE | 2200-000 | N/A | 398.71 | 398.71 | 398.71 |
| Auctioneer for Trustee Fees (including buyers premiums) - Kurtz Auction & realty | 3610-000 | N/A | 32,396.00 | 32,396.00 | 32,396.00 |
| Other - Sheriff, Daviess County | 2820-000 | N/A | 0.00 | 885.98 | 885.98 |
| Other - COMMONWEALTH OF KENTUCKY | 2820-000 | N/A | 175.00 | 175.00 | 175.00 |
| Other - Sharon Mondino | 3410-000 | N/A | 1,025.00 | 1,025.00 | 1,025.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 427.53 | 427.53 | 427.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 379.18 | 379.18 | 379.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 365.77 | 365.77 | 365.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 403.08 | 403.08 | 403.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 377.28 | 377.28 | 377.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $62,340.16 | $63,226.14 | $63,226.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DeBruce Grain, Inc. | 7100-000 | N/A | 3,632.00 | 0.00 | 0.00 |
| 4 | DeBruce Grain | 7100-000 | N/A | 3,486.25 | 0.00 | 0.00 |
| 5 | Miles Enterprises, LLC d/b/a Miles Farm Supply, LLC | 7100-000 | N/A | 155,532.59 | 155,532.59 | 155,532.59 |
| 5I | Miles Enterprises, LLC d/b/a Miles Farm Supply, LLC | 7990-000 | N/A | 2,569.23 | 2,569.23 | 2,569.23 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $165,220.07 | $158,101.82 | $158,101.82 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-40135-ACS-THF  
**Case Name:** SUNSHINE FARMS, LLC  

**Trustee:** (370610) ROBERTA S. DUNLAP, TRUSTEE  
**Filed (f) or Converted (c):** 04/24/15 (c)  
**§341(a) Meeting Date:** 06/03/15  

**Period Ending:** 07/31/17  
**Claims Bar Date:** 09/18/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 120 ACRES, WHITESVILLE<br>   Orig. Description: 120 acres, Whitesville; Imported from original petition Doc# 1 | 300,000.00 | 36,000.00 | | 539,401.00 | FA |
| 2 | FARMING EQUIPMENT<br>   Orig. Description: 2 header wagons; Imported from original petition Doc# 1<br>One returned to creditor - abandoned interest in other - bad tires, bad bearings, D had built himself | 7,000.00 | 3,800.00 | OA | 0.00 | FA |
| 3 | VOID<br>   Orig. Description: Kinze planter 2600 - 31 row; 8970 New Holland front wheel assist; Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 4 | VOID<br>   Orig. Description: Versatle 2180 tractor Sn/N504134; Imported from original petition Doc# 1 | 60,000.00 | 0.00 | | 0.00 | FA |
| 5 | VOID<br>   Orig. Description: 2160 tractor ($95,000); 280 tractor ($140,000); Imported from original petition Doc# 1 | 235,000.00 | 0.00 | | 0.00 | FA |
| 6 | CHECKING ACCOUNT AT SOUTH CENTRAL BANK | 0.00 | 0.00 | | 0.00 | FA |
| 6 Assets | **Totals** (Excluding unknown values) | **$682,000.00** | **$39,800.00** | | **$539,401.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/4/17 - wrote checks

6/1/17 - Order on App for Comp /s/

4/26/17 - proposed TFR to USt; Jan - March bank s tatements mailed

4/6/17 - Order on Motion to Pay Surplus entered, waiting for ruling on Debtor's counsel's Objection to POC of DeBruce (up 4/26/17)

3/14/17 -  filed Motion to pay surplus to non-debtor member of LLC and Muffett's bankruptcy estate

1/17/17  emailed proposed TFR to UST, mailed bank statements and and checks

12/12/16 - Order entered to pay taxes - once prompt determination made by IRS and taxes paid, need to submit Motion for Authority to Pay Surplus proceeds to non-filing member of LLC and to 11-40134.

Printed: 07/31/2017 12:43 PM      V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-40135-ACS-THF  **Trustee:** (370610) ROBERTA S. DUNLAP, TRUSTEE
**Case Name:** SUNSHINE FARMS, LLC  **Filed (f) or Converted (c):** 04/24/15 (c)
 **§341(a) Meeting Date:** 06/03/15
**Period Ending:** 07/31/17  **Claims Bar Date:** 09/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/29/16 - filed Motion to pay Dept rev. taxes; filed Motion to pay Mondino comp as accountant (obj. up 12/20/16)

11/18/16 - mailed letter of determination to Dept. Rev. for 2016 taxes; mailed 2016 return to Dept Rev
mailed letter of determination to IRS for 2016 taxes; mailed 2016 taxes
NB:  $175 TAX DUE REVENUE CABINET IS DUE 2/15/17

10/12/16 - emailed Mondino again re status of tax returns.

10/4/16 - emailed Mondino re taxes

9/15/16 - email from Russ with description of wagon:  Glenn describes it as a 2 wheel home made header wagon, bad tires, wheel bearings out.

9/8/16 - filed Withdrawal of Motion to sell  Header Wagon and Notice of Abandonment in same with proposed Order.  Obj. up 9/22/16

8/11/16  - filed Motion to Pay SCB; email to R. Wilkey about payment for header wagon; emailed Mondino to see if she has all she needs to do taxes
Mailed Signed settlemetn statement to Kurtz with the sale commission check

8/9/16 - received and deposited check from Kurtz.  They sent net proceeds after deducting $540.00 deed tax.

7/5/16 - efiled app to pay Kurtz; mailed original deed to Kurtz.  Obj. period for app to pay up 7/26/16

6/27/16 - prepared Deed, prepared App to pay Kurtz, emailed Kurtz for statement to attach to motion

6/21/16 - email from Kurtz re commission:  $32,396.00 is the commission. Thanks, Mike

6/18/16 - sale confirmed

6/16/16 - attended auction:  $4,500.00 per acre; filed rpt. of sale, amended rpt. of sale and motion to confirm

5/10/16 - call from Mike Melloan.  I need to grant authority for USDA to release info on farm land to Kurtz.

5/4/16 - sale set for 6/16 @ 10:00.  If D has not planted, tell him not to, or if he has planted or put on nitrogen, we will reimburse and sell crops to buyer adn re imburse D.

5/3/16 - telephonic  hearing  app to employ to be entered ; call to John Kurtz, left message ok to sell farm now

4/26/16 - filed Motion to Employ Kurtz in this case with motion for shortened time

Printed: 07/31/2017 12:43 PM    V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-40135-ACS-THF  
**Case Name:** SUNSHINE FARMS, LLC  

**Trustee:** (370610) ROBERTA S. DUNLAP, TRUSTEE  
**Filed (f) or Converted (c):** 04/24/15 (c)  
**§341(a) Meeting Date:** 06/03/15  

**Period Ending:** 07/31/17  
**Claims Bar Date:** 09/18/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/19/16 - Russ,

I checked with both John and Mike at Kurtz.  In order to keep an authentic and arms' length transaction, they do not want Mrs. Muffett bidding.

4/13/16 - response of Wilkey to Reynolds indicating he will file POC for Miles in Sunshine, at my request:  ok but sunshine has only one creditor, Miles.
Glenn's equity interest is part of his estate and should go to that estate.
I plan to object to any other claims in sunshine.

4/12/16 reviewed claims; filed Objection to POC 4 of Gavilon (dup. of DeGrain filed in Ch. 12); deadline for objections up 5/3/16

See 11-40134 companion case for notes

12/12/16 - Order entered to pay taxes

11/29/16 - filed Motion to pay Dept rev. taxes; filed Motion to pay Mondino comp as accountant (obj. up 12/20/16)

11/18/16 - mailed letter of determination to Dept. Rev. for 2016 taxes; mailed 2016 return to Dept Rev
mailed letter of determination to IRS for 2016 taxes; mailed 2016 taxes
NB:  $175 TAX DUE REVENUE CABINET IS DUE 2/15/17

10/12/16 - emailed Mondino again re status of tax returns.

10/4/16 - emailed Mondino re taxes

9/15/16 - email from Russ with description of wagon:  Glenn describes it as a 2 wheel home made header wagon, bad tires, wheel bearings out.

9/8/16 - filed Withdrawal of Motion to sell  Header Wagon and Notice of Abandonment in same with proposed Order.  Obj. up 9/22/16

8/11/16  - filed Motion to Pay SCB; email to R. Wilkey about payment for header wagon; emailed Mondino to see if she has all she needs to do taxes
Mailed Signed settlemetn statement to Kurtz with the sale commission check

8/9/16 - received and deposited check from Kurtz.  They sent net proceeds after deducting $540.00 deed tax.

7/5/16 - efiled app to pay Kurtz; mailed original deed to Kurtz.  Obj. period for app to pay up 7/26/16

6/27/16 - prepared Deed, prepared App to pay Kurtz, emailed Kurtz for statement to attach to motion

6/21/16 - email from Kurtz re commission:  $32,396.00 is the commission. Thanks, Mike

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 4

**Case Number:** 11-40135-ACS-THF  
**Case Name:** SUNSHINE FARMS, LLC

**Trustee:** (370610)  ROBERTA S. DUNLAP, TRUSTEE  
**Filed (f) or Converted (c):** 04/24/15 (c)  
**§341(a) Meeting Date:** 06/03/15  

**Period Ending:** 07/31/17

**Claims Bar Date:** 09/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/18/16 - sale confirmed

6/16/16 - attended auction: $4,500.00 per acre; filed rpt. of sale, amended rpt. of sale and motion to confirm

5/10/16 - call from Mike Melloan.  I need to grant authority for USDA to release info on farm land to Kurtz.

5/4/16 - sale set for 6/16 @ 10:00.  If D has not planted, tell him not to, or if he has planted or put on nitrogen, we will reimburse and sell crops to buyer adn re imburse D.

5/3/16 - telephonic hearing app to employ to be entered ; call to John Kurtz, left message ok to sell farm now

4/26/16 - filed Motion to Employ Kurtz in this case with motion for shortened time

4/19/16 - Russ,
I checked with both John and Mike at Kurtz.  In order to keep an authentic and arms' length transaction, they do not want Mrs. Muffett bidding.

4/13/16 - response of Wilkey to Reynolds indicating he will file POC for Miles in Sunshine, at my request:  ok but sunshine has only one creditor, Miles.
Glenn's equity interest is part of his estate and should go to that estate.
I plan to object to any other claims in sunshine.

4/12/16 reviewed claims; filed Objection to POC 4 of Gavilon (dup. of DeGrain filed in Ch. 12); deadline for objections up 5/3/16

See 11-40134 companion case for notes

**Initial Projected Date Of Final Report (TFR):**     December 31, 2016          **Current Projected Date Of Final Report (TFR):**     May 10, 2017  (Actual)

Printed: 07/31/2017 12:43 PM     V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-40135-ACS-THF  
**Case Name:** SUNSHINE FARMS, LLC  

**Taxpayer ID #:** **-***6142  
**Period Ending:** 07/31/17  

**Trustee:** ROBERTA S. DUNLAP, TRUSTEE (370610)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $3,800,000.00 (per case limit)  
**Separate Bond:** $3,800,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/16 | | Kurtz Auction & Realty co. | Net sale proceeds for 119 acres (Gross less deed tax) | | 539,401.00 | | 539,401.00 |
| | {1} | | Gross sale proceeds     539,941.00 | 1110-000 | | | 539,401.00 |
| | {1} | | Deed tax retained by     -540.00 Kurtz Auction & Realty | 1110-000 | | | 539,401.00 |
| 08/11/16 | 101 | Kurtz Auction & realty Company | Auction fees | 3610-000 | | 32,396.00 | 507,005.00 |
| 08/17/16 | 102 | South Central Bank of Daviess County, Inc. | payment in full - mortgage | 4110-000 | | 241,524.17 | 265,480.83 |
| 08/25/16 | 103 | Sheriff, Daviess County | 2015 real property taxes 119.987 acares | 2820-000 | | 885.98 | 264,594.85 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 427.53 | 264,167.32 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.18 | 263,788.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 365.77 | 263,422.37 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.08 | 263,019.29 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 377.28 | 262,642.01 |
| 01/17/17 | 104 | COMMONWEALTH OF KENTUCKY | 2016 765 income taxes | 2820-000 | | 175.00 | 262,467.01 |
| 06/04/17 | 105 | ROBERTA S. DUNLAP, TRUSTEE | Dividend paid 100.00% on $398.71, Trustee Expenses; Reference: | 2200-000 | | 398.71 | 262,068.30 |
| 06/04/17 | 106 | ROBERTA S. DUNLAP, TRUSTEE | Dividend paid 100.00% on $26,392.61, Trustee Compensation; Reference: | 2100-000 | | 26,392.61 | 235,675.69 |
| 06/04/17 | 107 | Sharon Mondino | Dividend paid 100.00% on $1,025.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,025.00 | 234,650.69 |
| 06/04/17 | 108 | Miles Enterprises, LLC d/b/a Miles Farm Supply, LLC | Dividend paid 100.00% on $155,532.59; Claim# 5; Filed: $155,532.59; Reference: | 7100-000 | | 155,532.59 | 79,118.10 |
| 06/04/17 | 109 | Miles Enterprises, LLC d/b/a Miles Farm Supply, LLC | Dividend paid 100.00% on $2,569.23; Claim# 5I; Filed: $2,569.23; Reference: | 7990-000 | | 2,569.23 | 76,548.87 |
| 06/04/17 | 110 | JOYCE MUFFETT | Dividend paid 100.00% on $38,274.44; Claim# SURPLUS; Filed: $76,548.87; Reference: | 8200-002 | | 38,274.44 | 38,274.43 |
| 06/04/17 | 111 | ORVILLE G. MUFFETT, JR. | Dividend paid 100.00% on $38,274.43; Claim# SURPLUS; Filed: $0.00; Reference: | 8200-002 | | 38,274.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 539,401.00 | 539,401.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 539,401.00 | 539,401.00 | |
| | | | Less: Payments to Debtors | | | 76,548.87 | |
| | | | **NET Receipts / Disbursements** | | **$539,401.00** | **$462,852.13** | |

{} Asset reference(s)

Printed: 07/31/2017 12:43 PM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-40135-ACS-THF | **Trustee:** ROBERTA S. DUNLAP, TRUSTEE (370610) |
| **Case Name:** SUNSHINE FARMS, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1966 - Checking Account |
| **Taxpayer ID #:** **-***6142 | **Blanket Bond:** $3,800,000.00 (per case limit) |
| **Period Ending:** 07/31/17 | **Separate Bond:** $3,800,000.00 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1966** | 539,401.00 | 462,852.13 | 0.00 |
| | $539,401.00 | $462,852.13 | $0.00 |

{} Asset reference(s)                                        Printed: 07/31/2017 12:43 PM    V.13.30